**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Court No. 6:23-cr-00022** |
| | ) | |
| **CAROLYN BRYANT-TAYLOR,** | ) | |
| **ENO UTUK,** | ) | |
| **KAROMDI JOSEPHINE OKOCHA,** | ) | |
| **SAMUEL OKOCHA,** | ) | |
| **SHEKIA GORE** | ) | |
| **a/k/a SHEKITA STEELE** | ) | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States moves the Court for a Final Order of Forfeiture and as reason therefore states as follows:

**(A)** On September 22, 2025, a Preliminary Order of Forfeiture, ECF No. 310, was entered pursuant to 18 U.S.C. § 981(a)(1)(C) and Federal Rule of Criminal Procedure 32.2. This Order provided for the forfeiture of certain personal property, subject only to any potential third-party petitions under 21 U.S.C. § 853(n).

**(B)** Pursuant to 21 U.S.C. § 853(n), the United States provided notice of the forfeiture as follows:

(1) Notice of the forfeiture was published on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on September 23, 2025, as reflected in the Declaration of Publication attached hereto as Exhibit A and fully incorporated herein.

(2) On September 23, 2025, the United States caused a notice of forfeiture to be sent via First Class and Certified Mail to Laura Long – PNC Bank Legal Dept., as reflected in the proof of service attached as Exhibit B.

**(C)** No petitions have been filed, and the deadline for filing ancillary petitions expired on November 22, 2025.

WHEREFORE the United States moves the Court for a Final Order of Forfeiture. A proposed order will be submitted to the Court for consideration.

Respectfully submitted,

Date: April 2, 2026

/s/Jonathan Jones
Jonathan Jones
Assistant United States Attorney
310 1st Street SW, Suite 906
Roanoke, VA 24011
Telephone: 540-857-2250
Facsimile: 540-857-2614
Email: jonathan.jones2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I electronically filed this Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/Jonathan P. Jones
Jonathan P. Jones
Assistant United States Attorney