**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Court No. 6:23-cr-00022** |
| ) | |
| **CAROLYN BRYANT-TAYLOR** ) | |
| **ENO UTUK** ) | |
| **KAROMDI JOSEPHINE OKOCHA** ) | |
| **SAMUEL OKOCHA** ) | |
| **SHEKIA GORE** ) | |
| **a//k/a SHEKITA STEELE** ) | |

**FINAL ORDER OF FORFEITURE**

**WHEREAS** on September 22, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and Federal Rule of Criminal Procedure 32.2, based upon Defendants' guilty plea to a violation of 18 U.S.C. § 1349, the criminal violation giving rise to the forfeiture, thereby providing for forfeiture of certain property;

**AND WHEREAS** on September 23, 2025, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, thereby providing notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged legal interest in the asset;

**AND WHEREAS**, the United States has served or attempted to serve all persons and entities known to them with a possible interest in the assets;

**AND WHEREAS**, it appears from the record that the time has expired for the timely filing of claims, and that no petitions, contested or otherwise, have been filed for the forfeited property;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

(A) All right, title, and interest to the following described property is forfeited to the United States of America and shall be disposed of according to law.

|     | Asset ID No. | Item Description |
| --- | --- | --- |
| (1) | 24-FBI-003965 | $911,358.47 Seized from PNC Bank |

(B) Unless specifically set forth in this Order, no right, title, or interest in the above forfeited property shall exist in the following persons and/or entities, nor any other person or entity that failed to file a petition or otherwise appear herein:

1. Carolyn Bryant-Taylor
2. Eno Utuk
3. Kafomdi Josephine Okocha
4. Samuel Okocha
5. Shekita Gore a/k/a Shekita Steele
6. 1st Adult & Pediatrics Healthcare Services
7. PNC Bank, NA

(C) As there was reasonable cause for the seizure of the property, no person shall be entitled to costs and/or attorney fees as a result of the seizure and forfeiture, nor shall the United States, its officers, agents, servants, successors, or assigns, be liable to suit or judgment on account of this action.

(D) The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

(E) This matter may be stricken from the active court docket.

**ENTERED THIS _____ DAY OF APRIL, 2026.**

_____

**NORMAN K. MOON**
**SENIOR UNITED STATES DISTRICT JUDGE**

2